UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 4:17-CR-36-1

| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| | ) | |
| | ) | |
| SHEPHARD LEE SPRUILL, II | ) | |

Upon motion of the United States, and for good cause shown, it is hereby ORDERED

Docket Entry Number 15 be sealed until such time as requested to be unsealed by the United States

Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy Docket Entry 15 and

any order concerning the same to the United States Attorney's Office.

SO ORDERED, this ___ day of _September_, 2017.

TERRENCE W. BOYLE
United States District Judge