UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 4:17-CR-36-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| SHEPHARD LEE SPRUILL, II | |

This matter comes before the Court on the Defendant's unopposed motion to authorize Mr. Spruill to travel with his wife and children to Orlando, Florida from October 21 through October 25, 2017. For good cause shown, the defendant's motion is GRANTED. The Defendant is authorized to travel to Orlando, Florida with his wife and children from October 21 through October 25, 2017, subject to reasonable conditions imposed by the United States Probation Office.

SO ORDERED, this the 19 day of October 2017.

TERRENCE W. BOYLE
United States District Judge