UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 4:17-CR-36-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHEPHARD LEE SPRUILL, II | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, it is hereby ORDERED that Defendant's motion to seal DE #28 and DE#29 is GRANTED.

This the _13_ day of _December_, 2017.

_____
HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NORTH CAROLINA