IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17CR00036-001BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SHEPHARD LEE SPRUILL, II, ) | ORDER TO AMEND WRIT OF |
| ) | CONTINUING GARNISHMENT |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| EDWARD JONES, ) | |
| ) | |
| Garnishee. ) | |

For good cause shown on the motion of the United States, it is hereby ORDERED that the Clerk of the United States District Court will issue the Amended Writ of Continuing Garnishment, filed by the United States, to Garnishee Edward Jones.

This the **13** day of **September**, 2018.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE