IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17CR00036-001BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| SHEPHARD LEE SPRUILL, II, | ) | ORDER TO UNSEAL |
| Defendant, | ) | |
| v. | ) | |
| WELCOME FEDERAL CREDIT UNION, | ) | |
| Garnishee. | ) | |

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [DE #65] and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [DE #75, 75-1] in the above-captioned case be unsealed.

This the _26_ day of _Sept_____, 2018.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE