UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Shephard Lee Spruill II**     Docket No. 4:17-CR-36-1BO

### Petition for Action on Supervised Release

COMES NOW Tuell Waters, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shephard Lee Spruill II, who, upon an earlier plea of guilty to Conspiracy to Commit Health Care Fraud in violation of 18 U.S.C. § 1349 and 18 U.S.C. § 1347(a), and Perjury in violation of 18 U.S.C. § 1623, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on May 1, 2018, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Shephard Lee Spruill II was released from custody on June 5, 2023, at which time the term of supervised release commenced where the defendant resides in the Middle District of Florida.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The supervising United States Probation Officer (USPO) in the Middle District of Florida, Jodona Brown, requests the conditions of supervised release be modified to establish a monthly restitution payment of $200.00. Although the special assessment has been paid in full, Spruill has an outstanding restitution balance of $5,144,558.12. After reviewing the defendant's monthly cash flow, USPO Brown recommends the conditions of supervised release be modified to require the defendant to make monthly restitution payments in the amount of $200.00. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall pay restitution at a rate of $200.00 per month. At any time during post-release supervision, the victim, the government, or the defendant, may notify the Court of a material change in the defendant's ability to pay and the Court may adjust the payment schedule accordingly.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Tuell Waters
Tuell Waters
Senior U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2344
Executed On: February 12, 2024

Shephard Lee Spruill II
Docket No. 4:17-CR-36-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___12___ day of __Feb_____, 2024, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
United States District Judge